IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> MCCOY EXCAVATION, LLC, CHRISTIAN MCCOY, and PETRA, INC., <br><br> Defendants. | CV-22-50-BU-BMM <br><br> **ORDER** |

Plaintiff Acuity, A Mutual Insurance Company ("Acuity") filed this action against McCoy Excavation, LLC; its principal and member Christian McCoy (collectively, "McCoy"); and Petra, Inc. (Doc. 1.) Acuity seeks a declaratory judgment confirming that it has no duty to defend or indemnify its insured, McCoy. (Doc. 7 at 5.) Acuity moved for summary judgment. (Doc. 6.) The Court conducted a motion hearing on November 10, 2022. McCoy failed to appear at the hearing.

**ORDER**

Accordingly, **IT IS ORDERED** that Acuity's Motion for Summary Judgment (Doc. 6) is **GRANTED.**

Dated this 14th day of November, 2022.

Brian Morris, Chief District Judge
United States District Court