John E. Bohyer
Ryan T. Heuwinkel
BOHYER, ERICKSON, BEAUDETTE & TRANEL, P.C.
283 West Front, Suite 201
Post Office Box 7729
Missoula, Montana 59807-7729
Telephone: (406) 532-7800
Facsimile: (406) 549-2253
Email:   mail@bebtlaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

---------------------------------------------------------------------------------------------

| | |
|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY, ) | Cause No. CV-22-50-B-BMM |
| Plaintiff, ) | |
| v. ) | **PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT** |
| MCCOY EXCAVATION, LLC, CHRISTIAN MCCOY, PETRA, INC., ) | |
| Defendants. ) | |

---------------------------------------------------------------------------------------------

Plaintiff Acuity, A Mutual Insurance Company ("Acuity") through its undersigned attorneys, hereby moves the Court pursuant to Fed.R.Civ.P. 58(a) for entry of judgment in its favor. A proposed judgment is filed herewith for the Court's convenience.

Acuity moved for summary judgment on September 16, 2022, seeking the entry of a summary, declaratory judgment that Acuity owed no duty to defend or indemnify its insureds McCoy Excavation, LLC and Christian McCoy against breach of contract and fraud claims alleged against them by Petra, Inc. Docs. 6-8.

Acuity further requested summary judgment that it was entitled to recoup from McCoy Excavation, LLC and Christian McCoy all sums Acuity had expended their defense against Petra's claims since July 5, 2022, the date Acuity reserved its right of recoupment. *Id.*

Although Defendants McCoy Excavation, LLC, Christian McCoy, and Petra, Inc. were all served with process (Docs. 5, 9-10) and were served with copies of Acuity's Motion for Summary Judgment and supporting documents (Doc. 11), no defendant appeared in this action, answered the Complaint, or responded to Acuity's Motion for Summary Judgment.   Further, the Court set Acuity's Motion for Summary Judgment for hearing on November 10, 2022, but only counsel for Acuity appeared at the hearing. Doc. 15. On November 14, 2022, the Court granted Acuity's Motion for Summary Judgment in full. Doc. 16.

Per Fed.R.Civ.P. 58(a), excepting certain circumstances not applicable here, "[e]very judgment … must be set out in a separate document …" Per Fed.R.Civ.P. 58(d), a "party may request that judgment be set out in a separate document as required by Rule 58(a)." As no judgment by separate document has yet been entered by the Court, and to avoid waiting the 150 days provided for in

Fed.R.Civ.P. 58(c)(2), Acuity respectfully requests that the Court enter the

proposed judgment filed herewith.

DATED this 23rd day of November, 2022.

/s/    Ryan T. Heuwinkel
BOHYER, ERICKSON,
BEAUDETTE & TRANEL, P.C.
*Attorneys for Plaintiff*